# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 1, 2006

131402

PHILLIP D. HICKEY and CAROL
HAIDY-HICKEY,
      Plaintiffs-Appellants,

v

LOPATIN, MILLER, FREEDMAN, BLUESTONE,
HERSKOVIC and DOMOL, P.C.,
      Defendant-Appellee,
and

SHELDON MILLER,
      Defendant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131402
COA: 257093
Oakland CC: 03-047083-NM

_____/

On order of the Court, the application for leave to appeal the February 28, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 1, 2006

_____
Clerk

t1025